# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:23–mc–00272–VSB

Fabricant LLP et al v. Samsung Electronics Co., Ltd. et al  
Assigned to: Judge Vernon S. Broderick  
Cause: M 08–85 Motion to Quash

Date Filed: 08/14/2023  
Date Terminated: 08/30/2023

**Plaintiff**

**Fabricant LLP**  represented by  **Alfred Ross Fabricant**  
Fabricant LLP  
411 Theodore Fremd Road  
Suite 206 South  
Rye, NY 10580  
646–797–4353  
Fax: 212–257–5796  
Email: ffabricant@fabricantllp.com  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peter Lambrianakos**  represented by  **Alfred Ross Fabricant**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vincent Rubino, III**  represented by  **Alfred Ross Fabricant**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Zhong Law Firm**  represented by  **Alfred Ross Fabricant**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Enrique W. Iturralde**  represented by  **Alfred Ross Fabricant**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Samsung Electronics Co., Ltd.**  represented by  **Darin Walter Snyder**  
O'Melveny & Myers LLP  
Two Embarcadero Center, 28th Floor  
San Francisco, CA 94111  
(415)–984–8846  
Fax: (415)–984–8701

        Email: dsnyder@omm.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Luann Simmons**
        O'Melveny & Myers LLP
        Two Embarcadero Center
        San Francisco, CA 94111−3823
        415−984−8700
        Fax: 415−984−8701
        Email: lsimmons@omm.com
        *ATTORNEY TO BE NOTICED*

        **Marc Joseph Pensabene**
        O'Melveny & Myers LLP
        7 Times Square
        New York, NY 10036
        212−326−2000
        Fax: 212−326−2061
        Email: mpensabene@omm.com
        *ATTORNEY TO BE NOTICED*

        **Mark Liang**
        O'Melveny & Myers LLP
        Two Embarcadero Center
        28th Floor
        San Francisco, CA 94111
        415−984−8882
        Email: mliang@omm.com
        *ATTORNEY TO BE NOTICED*

        **Sorin Gabriel Zaharia**
        O'Melveny & Myers LLP
        Two Embarcadero Center
        San Francisco, CA 94111−3823
        415−984−8942
        Fax: 415−984−8701
        Email: szaharia@omm.com
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Samsung Electronics America, Inc.**    represented by   **Darin Walter Snyder**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Luann Simmons**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Marc Joseph Pensabene**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Mark Liang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sorin Gabriel Zaharia**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/14/2023 | Ï 1 | **FILING ERROR – PDF ERROR –** MISCELLANEOUS CASE INITIATING DOCUMENT – MOTION to Quash Subpoenas issued to Fabricant LLP, Peter Lambrianakos, Vincent J. Rubino, III, Enrique W. Iturralde, and Zhong Law Firm . Other Court Name: United States District Court – Eastern District of Texas. Other Court Case Number: 2:22−cv−00263. (Filing Fee $ 49.00, Receipt Number ANYSDC−28147163)Document filed by FABRICANT LLP, Peter Lambrianakos, Vincent Rubino, III, Zhong Law Firm. (Attachments: # 1 Affidavit Declaration of Alfred R. Fabricant, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Proposed Order Proposed Order)(Fabricant, Alfred) Modified on 8/15/2023 (vba). (Entered: 08/14/2023) |
| 08/14/2023 | Ï 2 | MISCELLANEOUS COVER SHEET filed..(Fabricant, Alfred) (Entered: 08/14/2023) |
| 08/14/2023 | Ï 3 | MOTION to Transfer Case *to Quash Samsung's Non−Party Subpoenas to the court which issued the subpoenas*. Document filed by FABRICANT LLP, Peter Lambrianakos, Vincent Rubino, III, Zhong Law Firm. (Attachments: # 1 Proposed Order Proposed Order).(Fabricant, Alfred) (Entered: 08/14/2023) |
| 08/14/2023 | Ï | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT MISCELLANEOUS PLEADING. Notice to Attorney Alfred Ross Fabricant to RE−FILE Document No. 1 MISCELLANEOUS CASE INITIATING DOCUMENT – MOTION to Quash Subpoenas issued to Fabricant LLP, Peter Lambrianakos, Vincent J. Rubino, III, Enrique W. Iturralde, and Zhong Law Firm . Other Court Name: United States District Court – Eastern Distri. The filing is deficient for the following reason(s): the PDF attached to the docket entry for the pleading is not correct; All supporting documents must be filed as separate entries on the docket. Re−file the pleading using the event type Motion to Quash found under the event list Miscellaneous Case Initiating Documents – attach the correct signed PDF – select the individually named filer/filers. If the deficiency/deficiencies are not corrected within five (5) days per Standing Order 17−mc−00201 this case will be administratively closed. Initial Pleading due by 8/21/2023. (vba)** (Entered: 08/15/2023) |
| 08/15/2023 | Ï 4 | MISCELLANEOUS CASE INITIATING DOCUMENT – MOTION to Quash Subpoenas issued to Fabricant LLP, Peter Lambrianakos, Vincent J. Rubino, III, Enrique W. Iturralde, and Zhong Law Firm . Other Court Name: United States District Court – Eastern District of Texas. Other Court Case Number: 2:22−cv−00263. Document filed by FABRICANT LLP, Peter Lambrianakos, Vincent Rubino, III, Zhong Law Firm, Enrique W. Iturralde. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8)(Fabricant, Alfred) (Entered: 08/15/2023) |
| 08/15/2023 | Ï 5 | PROPOSED ORDER. Document filed by FABRICANT LLP, Enrique W. Iturralde, Peter Lambrianakos, Vincent Rubino, III, Zhong Law Firm. Related Document Number: 4 ..(Fabricant, Alfred) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 08/15/2023) |
| 08/17/2023 | Ï | **\*\*\*NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Alfred Ross Fabricant. The party information for the following party/parties has been modified: The information for the party/parties has been modified for the following** |

| | | |
|---|---|---|
| | | **reason/reasons: party role was entered incorrectly;. (vba)** (Entered: 08/17/2023) |
| 08/17/2023 | Ï | Case Designated ECF. (vba) (Entered: 08/17/2023) |
| 08/17/2023 | Ï | MISCELLANEOUS CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge Vernon S. Broderick. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district−judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at http://https://nysd.uscourts.gov/rules/ecf−related−instructions. .(vba) (Entered: 08/17/2023) |
| 08/17/2023 | Ï | ***NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 5 Proposed Order, was reviewed and approved as to form. (vba)** (Entered: 08/17/2023) |
| 08/17/2023 | Ï 6 | NOTICE OF APPEARANCE by Marc Joseph Pensabene on behalf of Samsung Electronics America, Inc., Samsung Electronics Co., Ltd...(Pensabene, Marc) (Entered: 08/17/2023) |
| 08/18/2023 | Ï 7 | MOTION for Darin Snyder to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−28171304. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd.. (Attachments: # 1 Exhibit Declaration of Darin Snyder in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Admission Pro Hac Vice).(Snyder, Darin) (Entered: 08/18/2023) |
| 08/18/2023 | Ï 8 | MOTION for Sorin Zaharia to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−28171348. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd.. (Attachments: # 1 Exhibit Declaration of Sorin Zaharia in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Admission Pro Hac Vice).(Zaharia, Sorin) (Entered: 08/18/2023) |
| 08/21/2023 | Ï | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 8 MOTION for Sorin Zaharia to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−28171348. Motion and supporting papers to be reviewed by Clerk's Office staff., 7 MOTION for Darin Snyder to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−28171304. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (vba)** (Entered: 08/21/2023) |
| 08/21/2023 | Ï 9 | ORDER granting 7 Motion for Darin Snyder to Appear Pro Hac Vice (HEREBY ORDERED by Judge Vernon S. Broderick)(Text Only Order) (kjo) (Entered: 08/21/2023) |
| 08/21/2023 | Ï 10 | ORDER granting 8 Motion for Sorin Zaharia to Appear Pro Hac Vice (HEREBY ORDERED by Judge Vernon S. Broderick)(Text Only Order) (kjo) (Entered: 08/21/2023) |
| 08/21/2023 | Ï 11 | MOTION for Luann L. Simmons to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−28173696. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd.. (Attachments: # 1 Affidavit / Declaration of Luann L. Simmons in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit − Certificate of Good Standing, # 3 Proposed Order Admission Pro Hac Vice).(Simmons, Luann) (Entered: 08/21/2023) |
| 08/21/2023 | Ï 12 | MOTION for Mark Liang to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−28173980. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd.. (Attachments: # 1 Affidavit / Declaration of Mark Liang in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit − Certificate of Good Standing, # 3 Proposed Order Admission Pro Hac Vice).(Liang, Mark) (Entered: 08/21/2023) |

| 08/21/2023 | Ï | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 11 MOTION for Luann L. Simmons to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28173696. Motion and supporting papers to be reviewed by Clerk's Office staff., 12 MOTION for Mark Liang to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28173980. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (vba)** (Entered: 08/21/2023) |
| --- | --- | --- |
| 08/21/2023 | Ï 13 | RESPONSE in Opposition to Motion re: 4 MISCELLANEOUS CASE INITIATING DOCUMENT – MOTION to Quash Subpoenas issued to Fabricant LLP, Peter Lambrianakos, Vincent J. Rubino, III, Enrique W. Iturralde, and Zhong Law Firm . Other Court Name: United States District Court – Eastern Distri . Document filed by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd...(Pensabene, Marc) (Entered: 08/21/2023) |
| 08/21/2023 | Ï 14 | DECLARATION of Sorin Zaharia in Support re: 13 Response in Opposition to Motion,. Document filed by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd.. (Attachments: # 1 Exhibit A – Contact Webpage, # 2 Exhibit B – Our Team Webpage).(Pensabene, Marc) (Entered: 08/21/2023) |
| 08/22/2023 | Ï 15 | ORDER granting 11 Motion for Luann L. Simmons to Appear Pro Hac Vice (HEREBY ORDERED by Judge Vernon S. Broderick)(Text Only Order) (kjo) (Entered: 08/22/2023) |
| 08/22/2023 | Ï 16 | ORDER granting 12 Motion for Mark Liang to Appear Pro Hac Vice (HEREBY ORDERED by Judge Vernon S. Broderick)(Text Only Order) (kjo) (Entered: 08/22/2023) |
| 08/23/2023 | Ï 17 | REPLY to Response to Motion re: 4 MISCELLANEOUS CASE INITIATING DOCUMENT – MOTION to Quash Subpoenas issued to Fabricant LLP, Peter Lambrianakos, Vincent J. Rubino, III, Enrique W. Iturralde, and Zhong Law Firm . Other Court Name: United States District Court – Eastern Distri . Document filed by Fabricant LLP, Enrique W. Iturralde, Peter Lambrianakos, Vincent Rubino, III, Zhong Law Firm..(Fabricant, Alfred) (Entered: 08/23/2023) |
| 08/28/2023 | Ï 18 | NOTICE of Non–Opposition re: 3 MOTION to Transfer Case *to Quash Samsung's Non–Party Subpoenas to the court which issued the subpoenas.*. Document filed by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd...(Pensabene, Marc) (Entered: 08/28/2023) |
| 08/30/2023 | Ï 19 | ORDER granting 3 Motion to Transfer Case. Accordingly, the Motion to Transfer is GRANTED. SO ORDERED. (Signed by Judge Vernon S. Broderick on 8/30/2023) (tg) (Entered: 08/30/2023) |
| 08/30/2023 | Ï | CASE TRANSFERRED OUT ELECTRONICALLY from the U.S.D.C. Southern District of New York to the United States District Court – District of Eastern District of Texas.(tg) (Entered: 08/30/2023) |